UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 23-54066-TJ23 |
| | : CHAPTER: 13 |
| | : |
| **KEITH EUGENE THOMAS** | : |
|     Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| **SELECT PORTFOLIO SERVICING, INC.** | : |
| **AS SERVICER FOR DLJ MORTGAGE** | : |
| **CAPITAL, INC.,** | : |
|     Movant, | : |
| | : **CONTESTED MATTER** |
| vs. | : |
| | : |
| **KEITH EUGENE THOMAS** | : |
| **MELISSA J. DAVEY, Trustee** | : |
|     Respondents. | : |

**OBJECTION TO CONFIRMATION**

COMES NOW, **Select Portfolio Servicing, Inc. as servicer for DLJ Mortgage Capital, Inc.**, its successors or assigns, (hereinafter referred to as "Movant") and shows the Court that for reasons set out below, Movant objects to the confirmation of the Debtor`s Plan;

1.

Movant is a secured creditor of the Debtor regarding a property located at 2655 West Road, Riverdale, GA 30296 (the "Property"). Movant will timely file a Proof of Claim, on or before the Proof of Claim Bar Date listing an arrearage of approximately $200,185.82. The loan is not set to mature until March 1, 2038 and has an interest rate of 3.75%. The Debtor's Plan attempts to avoid Movant's lien in section 3.4 of the plan. Movant states this is an impermissible modification of the loan pursuant to §§ 11 U.S.C. 1322(b)(2), 1322(b)(5) as the subject Property is the Debtor's principal residence. For this reason, Movant objects to the Debtor's Plan in its

current form.

WHEREFORE, **Select Portfolio Servicing, Inc. as servicer for DLJ Mortgage Capital, Inc.**, its successors or assigns, prays that this Court inquire as to the matters raised herein and deny confirmation of the Debtor`s Plan, or enter such orders and require such further inquiry as may appear appropriate to the Court.

Dated: 6/27/23

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I, Lisa F. Caplan of Rubin Lublin, LLC certify that I caused a copy of the Objection to Confirmation to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Keith Eugene Thomas
PO Box 960242
Riverdale, GA 30296

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street, N.E.
Atlanta, GA 30303


Executed on: 6/27/23

By: /s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor