UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO. 23-54066-TJ23** |
| | ) | |
| **KEITH EUGENE THOMAS,** | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE WENDY L. HAGENAU |

**CHAPTER 13 TRUSTEE'S RESPONSE IN OPPOSITION TO
DEBTOR'S MOTION TO REMOVE THE CHAPTER 13 TRUSTEE**

COMES now Melissa J. Davey, Standing Chapter 13 Trustee, and files this *Chapter 13 Trustee's Response in Opposition to Debtor's Motion to Remove the Chapter 13 Trustee*, and respectfully shows the Court the following:

1.

Debtor filed this case under Chapter 13 on May 1, 2023. The Chapter 13 Trustee filed her *Objection to Confirmation, Motion to Dismissed, or in the alternative, Motion to Convert Case to Chapter 7* on June 30, 2023 (Doc. No. 28) ("Objection").

2.

At the hearing on Confirmation on July 6, 2023, the Debtor and counsel for the Chapter 13 Trustee appeared and were heard. Counsel for Trustee reported that the June plan payment had not been paid. The Court continued the hearing to August 3, 2023.

3.

On July 14, 2023, Debtor filed a *Motion to Remove the Chapter 13 Trustee from this Case for Cause* (Doc. No. 31) ("Motion"). Debtor petitions the Court to remove the Chapter 13 Trustee for representing to the Court that the June plan payment had not been paid. Debtor alleges that the Chapter 13 Trustee requested conversion to Chapter 7 in order to obtain control over the Debtor's finances.

4.

Pursuant to 11 U.S.C. Section 1326(a)(1), a debtor in Chapter 13 shall commence making payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier. Debtor's filing of the voluntary petition on May 1, 2023, constitutes an order for relief pursuant to 11 U.S.C. Section 301(b), and so the first payment pursuant to the proposed Chapter 13 Plan was due on May 31, 2023. Debtor's proposed Chapter 13 Plan

provides for monthly payments in the amount of $2,880.00. Pursuant to that Plan and to the Bankruptcy Code, the first payment in the amount of $2,880.00 was due on May 31, 2023, and the second monthly payment in the amount of $2,880.00 was due at the end of June, 2023. Debtor paid $2,880.00 on or about June 15, 2023. Accordingly, at the hearing on Confirmation on July 6, 2023, counsel for the Chapter 13 Trustee accurately reported a funding delinquency as to the payment due in June. Two plan payments had come due, but Debtor had paid only one.

5.

In his Motion, Debtor indicates that the Chapter 13 Trustee might personally benefit in some way from conversion to Chapter 7, but if the case is converted to Chapter 7, the conversion will immediately terminate the service of the Chapter 13 Trustee and she will be discharged from her responsibilities as to the instant case. 11 U.S.C. Section 348(e).

6.

Debtor's Motion is premised upon a misapprehension of the facts and fails to allege the sort of egregious circumstances that would warrant removal of a Chapter 13 Trustee. *See In re Chapter 13, Pending & Future Cases, 19 B.R. 713 (Bankr. W.D. Wash. 1982).*

Wherefore, based on the foregoing, the Trustee respectfully requests that the Court deny the Debtor's Motion to Remove the Chapter 13 Trustee and for such other and further relief as the Court deems just and proper.

DATED: This the 24th of July, 2023.

Respectfully submitted,

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
Suite 2250
233 Peachtree Street, NE
Atlanta, GA 30303
Telephone: 678-510-1444
facsimile: 678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO. 23-54066-TJ23** |
| | ) | |
| **KEITH EUGENE THOMAS,** | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE WENDY L. HAGENAU |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing Chapter 13 Trustee's Response in Opposition to Debtor's Motion to Remove the Chapter 13 Trustee with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Debtor:

Keith Eugene Thomas
P.O. Box 960242
Riverdale, GA 30296

U.S. TRUSTEE:

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Dated this 24th day of July, 2023.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
Suite 2250
233 Peachtree Street, NE
Atlanta, GA 30303
Telephone: 678-510-1444
facsimile: 678-510-1450
mail@13trusteeatlanta.com